ADALBERT H. MCINTOSH, SR. *v.* JAMES F.
SULLIVAN, COMMISSIONER
OF TRANSPORTATION

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 641 (AC 22753), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff's allegations did not fall outside the scope of General Statutes § 13a-144 as not involving a highway defect?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17094.

*Lorinda S. Coon,* in support of the petition.